■ NICHOLAS FULFARO, Respondent, v MAKITA U.S.A., INC., Appellant, et al., Defendant. (And a Third-Party Action.) [682 NYS2d 629] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Suffolk County (Doyle, J.), dated April 21, 1998, which denied its motion, *inter alia*, for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the Supreme Court properly denied the defendant's motion (*see,* CPLR 3212 [b]). Miller, J. P., Thompson, McGinity and Luciano, JJ., concur.